FILED
08-19-2020
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CHARLES CORNELIUS SMITH
ZIPPORAN CARMEL PETERS

CASE NO. 3:20-cr 108-J-39JRK
18 U.S.C. § 1349
18 U.S.C. § 1028A(a)(1)
42 U.S.C. § 408(a)(7)(b) and
18 U.S.C. § 2

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

**A. Introduction**

At times material to this Indictment:

1. Navy Federal Credit Union was a financial institution doing business in the Middle District of Florida, and elsewhere, and its accounts were insured by the National Credit Union Administration.

**B. The Conspiracy**

2. Beginning on an unknown date, but not later than in or about October 2019, and continuing through and including on or about November 13, 2019, in the Middle District of Florida, and elsewhere, the defendants,

CHARLES CORNELIUS SMITH,
ZIPPORAN CARMEL PETERS,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others both known and unknown to the Grand Jury to execute and attempt to execute a scheme and artifice to defraud a financial institution, that is, Navy Federal Credit Union, and to obtain money, funds, credits and property under the custody and control of Navy Federal Credit Union, by means of materially false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1344.

**C. <u>Manner and Means of the Conspiracy</u>**

3. The manner and means by which the conspirators carried out the conspiracy and scheme and artifice to defraud included, among others things,

a. It was part of the conspiracy that CHARLES CORNELIUS SMITH obtained the means of identification of another person to include the name, date of birth, and Social Security number of N.A.

b. It was further part of the conspiracy that CHARLES CORNELIUS SMITH obtained information regarding a credit union used by N.A.

c. It was further part of the conspiracy that CHARLES CORNELIUS SMITH provided the means of identification to include the name, date of birth, and Social Security number of N.A. to ZIPPORAN CARMEL PETERS.

d. It was further part of the conspiracy that CHARLES CORNELIUS SMITH provided ZIPPORAN CARMEL PETERS a counterfeit South Carolina driver license in the name and identity of N.A., but with a picture of ZIPPORAN CARMEL PETERS on it.

e. It was further part of the conspiracy that CHARLES CORNELIUS SMITH drove ZIPPORAN CARMEL PETERS to different Navy Federal Credit Union branches.

f. It was further part of the manner and means of the conspiracy that ZIPPORAN CARMEL PETERS, using the identity of N.A., conducted multiple fraudulent transactions on the account(s) of N.A. at different Navy Federal Credit Union branches.

All in violation of 18 U.S.C. § 1349.

**COUNT TWO**

On or about November 12, 2019, in the Middle District of Florida, the defendants,

CHARLES CORNELIUS SMITH,
ZIPPORAN CARMEL PETERS,

did knowingly possess and use without lawful authority, the means of identification of another person, that is, the name and date of birth of another person, to wit, N.A., during and in relation to a felony enumerated in 18 U.S.C. § 1028A, that is, Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

**COUNT THREE**

On or about November 13, 2019, in the Middle District of Florida, the defendants,

CHARLES CORNELIUS SMITH,
ZIPPORAN CARMEL PETERS,

for the purpose of obtaining something of value and for other purposes, did knowingly and with the intent to deceive another person and organization, falsely represent and knowingly aid and abet in the false representation to OneMain Financial, that defendant, ZIPPORAN CARMEL PETERS' Social Security number was XXX-XX-2118, when in fact, as the defendants well knew, Social Security number XXX-XX-2118 was not assigned to defendant, ZIPPORAN CARMEL PETERS.

In violation of 42 U.S.C. § 408(a)(7)(B) and 18 U.S.C. § 2.

**COUNT FOUR**

On or about November 13, 2019, in the Middle District of Florida, the defendants,

CHARLES CORNELIUS SMITH,
ZIPPORAN CARMEL PETERS,

did knowingly possess and use without lawful authority, a means of identification of another person, that is, the Social Security number of another person, to wit, N.A., during and in relation to a felony enumerated in 18 U.S.C. § 1028A, that is, Falsely Representing a Social Security number, in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count Three of the Indictment.

In violation of 18 U.S.C. § 1028A(a)(1).

**FORFEITURES**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A).

2. Upon conviction of a conspiracy of the violation of 18 U.S.C. § 1344, in violation of 18 U.S.C. § 1349, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:

KEVIN C. FREIN
Assistant United States Attorney

By:

KELLY KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
8/18/20 Revised

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CHARLES CORNELIUS SMITH,
ZIPPORAN CARMEL PETERS,

**INDICTMENT**

Violations:

18 U.S.C. § 1349
18 U.S.C. § 1028A(a)(1)
42 U.S.C. § 408(a)(7)(b) and 18 U.S.C. § 2

A true bill,

[signature]
Foreperson

Filed in open court this 19th day

of August, 2020.

[signature]
Clerk

Bail $________________